RAEGENOR, Respondent, v. BAINBRIDGE et al., Appellants. (Supreme Court Appellate Division, First Department. February 23, 1900.) Action by Louis C. Raegenor, as receiver, against Henry C. Bainbridge and another. A. C. Shenstone, for appellants. A. A. Cook, for respondent. No opinion. Judgment affirmed, with costs.

RANDALL et al., Respondents, v. BUNCE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by John J. Randall and William G. Miller against George W. Bunce and John E. Turney. No opinion. Order affirmed on argument, with costs.

In re RASHKOVER. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of Cecilia Rashkover. No opinion. Motion granted, with $10 costs.

REICH, Respondent, v. OSWALD et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Carl Reich against Herman Oswald and David H. Smith. No opinion. Judgment of the municipal court affirmed on argument, with costs.

RHEINWALD v. NEW YORK CAB CO. (Supreme Court, Appellate Division, First Department. April 2, 1900.) Action by John Rheinwald against the New York Cab Company. No opinion. Motion granted, with $10 costs.

RINGEN et al., Respondents, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Meta Ringen and others, as executors, etc., of Diedrich Ringen and others, against the New York Elevated Railroad Company and another. No opinion. Judgment affirmed, with costs.

In re ROBINSON. (Supreme Court, Appellate Division, First Department. March 23, 1900.) In the matter of Robert M. Robinson. No opinion. Motion denied.

ROCKWELL, Appellant, v. WHITTEMORE, Respondents. (Supreme Court, Appellate Division, Third Department. March 13, 1900.) Action by Clarissa C. Rockwell against Orrin Whittemore and Laura A. Cafferty, as executrix, etc. No opinion. Motions for reargument and for leave to go to the court of appeals denied. See 62 N. Y. Supp. 1146.

ROGERS, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Susan L. Rogers against the Manhattan Railway Company. A. O. Townsend, for appellant. C. H. Strong, for respondent. No opinion. Judgment affirmed, with costs.

ROOT, Respondent, v. GALLANNER, Appellant. (Supreme Court, Appellate Term. March 5, 1900.) Action by John C. Root against Edmund Gallanner. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Sproull, Harmer & Sproull, for appellant. Matthew F. Ennis, for respondent.

PER CURIAM. The jury, not being bound to credit either defendant or his wife, could have found in the circumstances sufficient to warrant a finding of performance on the part of the plaintiff. The verdict should, therefore, not be disturbed. Some irrelevant evidence was admitted, but, in view of its substance, we believe the defendant was not prejudiced. Judgment affirmed, with costs.

ROSENBERG, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1900.) Action by Adolph Rosenberg against the Third Avenue Railroad Company. No opinion. Motion for reargument or leave to appeal to the court of appeals denied. All concur except HIRSCHBERG, J., who took no part. See 61 N. Y. Supp. 1052.

In re RUPP et al. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) In the matter of an application to remove Rupp and others. No opinion. Report of the referee confirmed, and proceeding dismissed, with costs as of an action against the partitioner. See 59 N. Y. Supp. 997; 61 N. Y. Supp. 1147; 62 N. Y. Supp. 1146.

RUTZLER, Respondent, v. KING, Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Enoch Rutzler against David H. King, Jr. No opinion. Order affirmed, with $10 costs and disbursements.

SACHS v. WALSH. (Supreme Court, Appellate Division, First Department. January 5, 1900.) Action by Catharine Sachs against William Walsh. No opinion. Motion granted, with $10 costs. See 60 N. Y. Supp. 214.

SCHEIL, Respondent, v. SWEET et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 13, 1900.) Action by Patrick Scheil against Burdell W. Sweet, Lillian Sweet, and Frank Blow. No opinion. Order affirmed, with $10 costs and disbursements.

In re SCHLUETER. (Supreme Court, Appellate Division, First Department. February 23, 1900.) In the matter of Herman Schlueter. No opinion. Motion denied, with $10 costs. See 62 N. Y. Supp. 375.

In re SCHOOLEY. (Supreme Court, Appellate Division, First Department. February 23, 1900.) In the matter of William H. Schooley. No opinion. Affidavit of service defective, in not stating that affiant knew the person served.

In re SCHOOLEY. (Supreme Court, Appellate Division, First Department. March 9, 1900.) In the matter of William H. Schooley. No opinion. Motion granted.

SCHROEDER v. YOUNG. (Supreme Court, Appellate Division, First Department. April 2,